# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 14-1457

———————————————

Doctors Testing Center, LLC II

*Plaintiff - Appellant*

v.

Department of Health and Human Services, Sylvia Mathews Burwell[1], Secretary

*Defendant - Appellee*

————————

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

————————

Submitted: January 7, 2015
Filed: January 8, 2015
[Unpublished]

————————

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

————————

PER CURIAM.

---

[1]Sylvia Mathews Burwell has been appointed to serve as Secretary of the Department of Health and Human Services, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

Doctors Testing Center, LLC II, appeals the district court's[2] adverse grant of summary judgment upholding the final decision of the Secretary of the Department of Health and Human Services denying Medicare reimbursement for certain audiology testing services. Following careful review, see Medcenter One Health Sys. v. Sebelius, 635 F.3d 348, 350 (8th Cir. 2011) (standard of review), we agree with the district court that the Secretary's decision is supported by substantial evidence. See 42 U.S.C. § 405(g); 42 U.S.C. § 1395ff(b)(1)(A). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

——————————————————

[2]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.